**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
|---|---|---|
| William G. Thomas | : | Chapter 7 |
| Karen R. Thomas | : | Case No.: 25-11116-amc |
| Debtor(s) | : | |

## PRAECIPE TO WITHDRAW

Kindly withdraw Docket Entry #3, filed on March 24, 2025, as it is a duplicated entry.

DATED: 3/24/2025                    */s/ Brad J. Sadek*
                                    Brad J. Sadek, Esq.
                                    Attorney for Debtor(s)