## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| William G. Thomas,<br>Karen R. Thomas,<br>　　　　　　　　　　*Debtors.* | Case No. 25-11116-amc<br>Chapter 7 |

# Exhibit A



Jefferson Neurology Huntingdon Valley
3501 Masons Mill Road
Suite 504
Huntingdon Valley PA 19006
Phone: 215-659-5867
Fax: 215-938-7125

March 11, 2025

**Re:  Karen R Thomas**
Date of Birth:  9/22/1949

To Whom It May Concern:

I am writing to provide a summary of the neurological care for Karen Thomas (DOB 9/22/1949), who has been under my care since November 2, 2023. The patient has a medical history of seizures, a cerebrovascular accident (CVA) due to thrombosis of the right middle cerebral artery (MCA), atrial fibrillation (AFib), and mild dementia.

Medical Summary:
1. Seizures: The patient is being managed with Keppra and is being monitored for any potential breakthrough seizure activity.
2. CVA (Right MCA Thrombosis): The patient's stroke management includes anticoagulation therapy and other preventive measures.
3. Atrial Fibrillation: The patient is under care for appropriate anticoagulation and rhythm control in collaboration with their cardiologist.
4. Mild Dementia: Cognitive function is being closely monitored, and the patient is being supported with strategies to address any decline.

Please note that the patient continues to receive regular follow-up care, and I am available for any questions or clarifications regarding their treatment and medical management. If any additional documentation or information is needed, please feel free to contact my office.

Sincerely,

*[signature]*

Diana Kukuzenko, CRNP
DK/dh