## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

William G. Thomas,
Karen R. Thomas,

*Debtors.*

Case No. 25-11116-amc

Chapter 7

## ORDER

**AND NOW**, upon consideration of the Motion to Approve William M. Thomas as Next Friend for Debtor Karen R. Thomas and Waive Counseling Requirements filed by Debtors William G. Thomas and Karen R. Thomas, after notice and hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. William M. Thomas has the authority to take all actions required by Karen R. Thomas as debtor during the pendency of this case, including filing the voluntary petition and testifying on behalf of the Debtor at the meeting of creditors in the Debtor's absence.

3. Karen R. Thomas's obligations to complete a pre-petition credit counseling course and a pre-discharge financial management course are waived.

4. This order is effective March 24, 2025.

Date:  May 15, 2025

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge